EXHIBIT 2

**IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Michael A. Scott** | * | |
| *On behalf of himself and others similarly situated* | * | |
| | * | |
| **Plaintiff** | | |
| | * | |
| v. | | Case No. 1:21-CV-00034-SAG |
| | * | |
| **Baltimore County** | * | |
| **Defendant** | * | |

<u>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND</u>

# If you performed work at the Materials Recovery Facility in Cockeysville, Maryland during your incarceration at the Baltimore County Detention Center, a collective action lawsuit may affect your rights to receive additional wages.

**A Court authorized this notice. This is not a solicitation from a lawyer.**

☞ An individual who was held at the Baltimore County Detention Center and who was allowed to work at the Materials Recovery Facility ("MRF") in Cockeysville, Maryland, operated by the Baltimore County Department of Public Works, Bureau of Solid Waste ("DPW") has brought a lawsuit, *Scott v. Baltimore County*, Case No. SAG-21-00034, seeking unpaid minimum wages and overtime.

☞ Specifically, the former detainee who performed the work contends that he and others like him, who were similarly allowed to work at the MRF as part of a work detail program, were not paid the required statutory minimum wage and overtime compensation. This case has been brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (the "Law"). Baltimore County denies all of the allegations in this case and contends that detainees have been properly compensated and that they do not qualify as employees under the Law.

☞ The U.S. District Court for the District of Maryland (the "Court") has entered an order conditionally allowing this case to proceed as a "collective" action, which is a form of a class action. You are receiving this notice because you may be eligible to join this case.

- The detainee contends that Baltimore County is/was required to pay all of its work detail workers the full minimum wage (i.e., $7.25/hour under the Law) for each hour worked. The former workers contend that Baltimore County violated his, and others, respective legal rights by failing to pay the full minimum wage for each hour of work as required by Law.

- The detainee further contends that to the extent that he and other detainees worked overtime at the MRF, Baltimore County violated their respective legal rights by failing to pay overtime compensation as required by the Law.

- In addition to the alleged underpayment of wages, the detainee also seeks statutory damages to the extent allowed by Law.

- If you have worked for DPW at its MRF recycling facility in Cockeysville, Maryland since January 5, 2018 through the work detail program of the Baltimore Department of Corrections, you may be eligible to participate in this lawsuit.

- This is a contested case and no decision has been made on the merits of this lawsuit or any defenses.

- Federal law prohibits Baltimore County, or any other individual acting on its behalf, from discharging you or taking any other retaliatory actions against you because you have exercised your legal right to join this lawsuit or because you have otherwise exercised your rights under the Law.

- The Defendant Baltimore County denies the claims, denies that work detail created a covered employment relationship, and denies all liability for unpaid minimum wage compensation and unpaid overtime compensation.

- The Court has not decided whether Baltimore County has done anything wrong. There is no money available now and no guarantee that there will be. However, your legal rights are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS & OPTIONS | |
|---|---|
| **DO NOTHING** | **ASK TO BE INCLUDED** |
| **Get No Benefits From Lawsuit But Retain Legal Rights.** | **Join The Lawsuit. Await the outcome. Give up the right to sue separately.** |
| Under this option, if you do nothing you lose nothing (except a potential claim due to the passage of time). By doing nothing, you retain your legal rights to bring a separate suit against the Defendant for unlawful wage/hour violations. If money or benefits are later awarded in this case, you will not share in them. | Complete and return an Opt-In Consent Form by _____. By "opting in," you gain the possibility of getting money or benefits that may result from a trial or settlement, but you give up your right to separately sue the Defendant for the same legal claims brought in this lawsuit. Moreover the statute of limitations will continue to run until you file it with the appropriate court. You may be required to participate in the discovery process and testify a Trial. You will be bound by any judgment or settlement in the case. |

☞ If you choose to join this suit, you agree to be represented by the named Plaintiff through his attorney: Howard B. Hoffman, Esq., of Hoffman Employment Law, LLC.

☞ To ask to be included in this lawsuit, you must return the attached opt-in consent form before _____, 2021 to: Howard B. Hoffman, Esq., 600 Jefferson Plaza, Suite 204, Rockville, Maryland 20852, (301) 251-3753 (fax), hhoffman@hoholaw.com.

☞ The Law provides that a prevailing worker may recover his/her attorneys' fees. You will not be asked to pay any costs or attorneys' fees out of any recovery. A letter of representation exists, and you may ask for a copy in advance of joining the case.

☞ **Any questions? Contact class counsel, Howard B. Hoffman, Esq. at (301) 251-3752. You may also consult with an attorney of your own choosing in deciding whether or not to opt into this lawsuit.**

☞ **This Notice has been authorized by the United States District Court for the District of Maryland, The Honorable Stephanie A. Gallagher, United States District Judge. The Court takes no position regarding the merits of the Plaintiffs' claims or Defendants' defenses.**

☞ **Please do not telephone the Court regarding this Notice.**

Date:_____   
_____   
Hon. Stephanie A. Gallagher   
U.S. District Court Judge g