**EXHIBIT 3**

**IN THE U.S. DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **Michael A. Scott** | * | |
| *On behalf of himself and others similarly situated* | * | |
| | * | |
| **Plaintiff** | | |
| | * | |
| v. | | Case No. 1:21-CV-00034-SAG |
| | * | |
| **Baltimore County** | * | |
| **Defendant** | * | |

_____/

**CONSENT TO BE A PARTY PLAINTIFF IN COLLECTIVE ACTION LAWSUIT AGAINST BALTIMORE COUNTY UNDER THE FAIR LABOR STANDARDS ACT**

1.  I, _____, hereby consent and agree to pursue claims arising out of my employment with Baltimore County in connection with the above referenced lawsuit. Since January 5, 2018, I performed the work at the Materials Recovery Facility operated by the Department of Public Works in Cockeysville, Maryland, as part of a work detail program maintained by the Baltimore County Department of Corrections.

2.  I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, et seq. ("FLSA"). I hereby consent, agree and opt-in to become a Plaintiff in this case and be bound to any judgment by the Court or any settlement of this case.

3.  I hereby designate attorney Howard Hoffman (Bar No. 25965), 600 Jefferson Plaza, Suite 204, Rockville, Maryland 20852, (301) 251-3752, hhoffman@hoholaw.com, and any other attorneys that he may designate co-counsel in the representation of this matter, to represent me for all purposes in this action.

4.   I also designate collective action representative(s) who agree to serve on a settlement committee as my representatives to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement concerning the payment of Plaintiffs' attorneys' fees and costs by the Defendants, and all other matters pertaining to this lawsuit.

_____     _____
(Signature)                                  (Date Signed)

Print Name:   _____

Address:      _____
              Number/Street

              _____
              City / State / Zip

Phone Number:  _____

Email:        _____

**\*\*NOTE\*\***

**Statute of limitations concerns mandate that you return this form as soon as possible to preserve your rights.**