**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MICHAEL A. SCOTT et al.,** <br> ***Plaintiffs,*** <br> **v.** <br> **BALTIMORE COUNTY MARYLAND,** <br> ***Defendant.*** | **Civil Action No.: 1:21-cv-00034-SAG** |

**<u>STIPULATED PROTECTIVE ORDER ALLOWING FOR DESIGNATION OF DISCOVERY MATERIAL AS "ATTORNEY'S EYES ONLY"</u>**

Whereas, the parties have agreed that the home addresses of witnesses with knowledge of Plaintiff's claims and Defendant's defenses may be produced in discovery under the designation "ATTORNEYS' EYES ONLY."

Whereas, the parties agree that limiting access to this information to the attorneys handling this matter (and their employees who assist counsel of record) is necessary to protect the privacy and personal information of such witnesses.

Accordingly, it is this ____ day of ________________, ____, by the United States District Court for the District of Maryland, ORDERED that:

I. Defendant may produce the addresses of witnesses with knowledge of Plaintiff's claims and Defendant's defenses under the designation "ATTORNEYS' EYES ONLY" by placing or affixing on the document, in a manner which will not interfere with its legibility, the words "ATTORNEYS' EYES ONLY"

II. The parties and all persons subject to this Order agree that information designated as "ATTORNEYS' EYES ONLY" may only be accessed or reviewed by the following:

a. Counsel of record for any party in this action and their employees and agents who assist counsel of record in this action and are informed of the duties hereunder.

b. Other witnesses or persons to whom the Defendant agrees in writing in advance of disclosure or by court order.

c. Court reporters engaged for depositions or other proceedings necessary for the conduct of these cases;

d. The Courts in this lawsuit and their personnel may have access to the materials;

e. The United States Marshal Service and any State or local law enforcement that are utilized to enforce any Order of this Court to enforce the appearance of a witness.

III. Any employee, witness or person to whom counsel for the parties makes a disclosure under Paragraph II shall be provided with a copy of, and become subject to, the provisions of this Order.

IV. Information that is produced or exchanged and designated under this Order may be used solely for the preparation, trial, and any appeal of this action, and for no other purpose, without the written consent of Defendant.

V. No designated information may be disclosed to any person except in accordance with the terms of this Order. Notwithstanding, counsel for Plaintiff may share with their clients documents that contain a home address of a witness, such as a deposition notice, so long as the home address is redacted.

VI. Should any party to this Stipulated Protective Order desire to file with the Court, or use or reference in Court any “ATTORNEYS’ EYES ONLY” materials, that party must note that

the material is so designated, and if presented in document form, present it to the Court(s) in the lawsuit using appropriate redaction.

VII. All persons in possession of designated information agree to exercise reasonable care with regard to the custody, use, or storage of such information to ensure that it is maintained pursuant to the terms of this Order.

VIII. Any use or disclosure of "ATTORNEYS' EYES ONLY" information in violation of the terms of this Order may subject the disclosing person or party to sanctions by the Court.

IX. The restrictions on disclosure and use of "ATTORNEYS' EYES ONLY" information survive the conclusion of this action.

Stipulated and Agreed:

*/s/ Kraig B. Long*
Kraig B. Long (Fed. Bar No. 25747)
Jeffrey T. Johnson (Fed. Bar No. 19876)
Nelson Mullins Riley & Scarborough, LLP
100 S. Charles Street, Suite 1600
Baltimore, MD 21201
Tel: 443-392-9460
Fax: 443-392-9499
Jeffrey.Johnson@nelsonmullins.com
Kraig.Long@nelsonmullins.com

*/s/ Jennifer R. Frankovich*
Jennifer R. Frankovich, Fed. Bar#26052
Veronica Natasha Love, Fed. Bar#21531
Baltimore County Office of Law
400 Washington Ave, 2nd Floor
Towson, MD 2104
Tel: 410-887-4420
Fax: 410-296-0931
JFrankovich@BaltimoreCountyMD.gov
VLove@BaltimoreCountyMD.gov

***Counsel for Defendant***

*/s/ (w/permission)*
Bradford W. Warbasse
Bradford Warbasse Attorney at Law
P.O. Box 1284
Brooklandville, Md 21022
443-862-0062
Warbasselaw@gmail.com

*/s/ (w/permission)*
Howard Benjamin Hoffman
Jordan Song En Liew
Howard B Hoffman Attorney at Law
600 Jefferson Plaza Suite 204
Rockville, MD 20852
Tel: 301-251-3752
Fax: 301-251-3753
HHoffman@hoholaw.com
JLiew@hoholaw.com

*/s/ (w/permission)*
Stephen J. Springer
Law Offices of Stephen J Springer
1901 Walnut Street, Suite 4A
Philadelphia, Pa 19103
Tel: 215-732-8229
Fax: 215-732-8232
SpringerLaw@MSN.com

***Counsel for Plaintiffs***

Approved:

________________________________________
The Honorable Stephanie A. Gallagher,
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the **10th** day of December 2021, a copy of the foregoing document was served via the Court's ECF system on the following:

Bradford W. Warbasse
Bradford Warbasse Attorney at Law
P.O. Box 1284
Brooklandville, Md 21022
443-862-0062
Warbasselaw@gmail.com

Howard Benjamin Hoffman
Jordan Song En Liew
Howard B Hoffman Attorney at Law
600 Jefferson Plaza Suite 204
Rockville, MD 20852
Tel: 301-251-3752
Fax: 301-251-3753
HHoffman@hoholaw.com
JLiew@hoholaw.com

Stephen J. Springer
Law Offices of Stephen J Springer
1901 Walnut Street, Suite 4A
Philadelphia, Pa 19103
Tel: 215-732-8229
Fax: 215-732-8232
SpringerLaw@MSN.com

***Counsel for Plaintiffs***

*/s/ Jeffrey T. Johnson*
Jeffrey T. Johnson, Esquire