IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MICHAEL A. SCOTT, *et al.* ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BALTIMORE COUNTY, MD, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:21-cv-00034-SAG |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Baltimore County, MD, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, submits the following Memorandum of Law in Support of Defendant's Motion for Summary Judgment. Based on the following points and authorities, Defendant respectfully requests the dismissal of all claims in their entirety with prejudice.

**WHEREFORE**, Defendant respectfully requests that this Court grant its Motion for Summary Judgment, dismiss Plaintiffs' Complaint with prejudice, and provide for any other relief the Court deems appropriate. A proposed Order follows.

Dated: October 17, 2022.                    Respectfully submitted,

/s/ Kraig B. Long                           /s/ Jennifer R. Frankovich

Kraig B. Long (Fed. Bar No. 25747)          Jennifer R. Frankovich, Fed. Bar#26052
Jeffrey T. Johnson (Fed. Bar No. 19876)     Veronica N. Love, Fed. Bar#21531
Nelson Mullins Riley & Scarborough, LLP     Baltimore County Office of Law
100 S. Charles Street, Suite 1600           400 Washington Ave, 2nd Floor
Baltimore, MD 21201                         Towson, MD 2104
Tel: 443-392-9460                           Tel: 410-887-4420
Fax: 443-392-9499                           Fax: 410-296-0931
Kraig.Long@nelsonmullins.com                *JFrankovich@BaltimoreCountyMD.gov*
Jeffrey.Johnson@nelsonmullins.com           *VLove@BaltimoreCountyMD.gov*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY certify that on the 17th day of October, 2022, a copy of the foregoing **Defendant's Motion for Summary Judgment, Memorandum of Law, and proposed Order** was filed and served on all counsel of record via the Court's CM-ECF filing system.

Bradford W. Warbasse
Bradford Warbasse Attorney at Law
P.O. Box 1284
Brooklandville, Md 21022
443-862-0062
Warbasselaw@gmail.com

Howard Benjamin Hoffman
Jordan Song En Liew
Howard B Hoffman Attorney at Law
600 Jefferson Plaza Suite 204
Rockville, MD 20852
Tel: 301-251-3752
Fax: 301-251-3753
HHoffman@hoholaw.com
JLiew@hoholaw.com

Stephen J. Springer
Law Offices of Stephen J Springer
1901 Walnut Street, Suite 4A
Philadelphia, Pa 19103
Tel: 215-732-8229
Fax: 215-732-8232
SpringerLaw@MSN.com

*Counsel for Plaintiffs*

/s/ Kraig B. Long
Kraig B. Long, Esquire