IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MICHAEL A. SCOTT,** *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Case No.: SAG-21-00034 |
| v. | * | |
| | * | |
| **BALTIMORE COUNTY, MARYLAND** | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 9th day of June, 2023, ORDERED that Baltimore County's motion for summary judgment, ECF 169, will be GRANTED, and the Plaintiffs' cross-motion for summary judgment, ECF 175, will be DENIED.

/s/
Stephanie A. Gallagher
United States District Judge