### IN THE U.S. DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Michael A. Scott, et al.** | * |
| | * |
| **Plaintiffs** | |
| | * |
| v. | Case No. 1:21-CV-00034-SAG |
| | * |
| **Baltimore County, Maryland** | |
| | |
| **Defendant** | * |
| _____/ | |

### JOINT STATUS REPORT

Defendant Baltimore County, Maryland, through undersigned counsel, together with Plaintiff Michael A. Scott, on behalf of himself and others similarly situated, through his undersigned counsel, file this Joint Status Report, and state as follows:

The Parties recently participated in mediation with Judge Aslan, including two in-person sessions on April 14, 2025, and April 30, 2025. The Parties have reached a tentative settlement, subject to negotiation of a formal settlement agreement and class notices, as well as Court approval. The Parties therefore request that the Court stay all deadlines in this case (including the May 9, 2025 deadline for (1) Plaintiff's Reply to Defendant's Opposition to Plaintiff's First Motion *in Limine*, and (2) Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Sanctions for Failure to Appear at Corporate Designee Deposition), and remove this case from the Court's trial calendar. This stay will allow the Parties sufficient time to negotiate a settlement agreement and proposed notices to impacted class members, and thereafter file a motion for preliminary and final approval of the Parties' settlement with the Court.

Respectfully submitted,

| | |
|---|---|
| */s/       Jeffrey T. Johnson* | */s/       with permission* |
| Jeffrey T. Johnson (Fed. Bar No. 19876) | Howard B. Hoffman (Fed. Bar No. 25965) |
| Kraig B. Long (Fed. Bar No. 25747) | Jordan S. Liew (Fed. Bar No. 20509) |
| Samuel E. Amon (Fed. Bar No. 31351) | Howard B Hoffman Attorney at Law |
| Nelson Mullins Riley & Scarborough, LLP | 2400 Research Boulevard Suite 380 |
| 100 S. Charles Street, Suite 1600 | Rockville, MD 20850 |
| Baltimore, MD 21201 | Tel: 301-251-3752 |
| Tel: 443-392-9460 | Fax: 301-251-3753 |
| Fax: 443-392-9499 | HHoffman@hoholaw.com |
| Jeffrey.Johnson@nelsonmullins.com | JLiew@hoholaw.com |
| Kraig.Long@nelsonmullins.com | |
| Samuel.Amon@nelsonmullins.com | |
| | |
| */s/ Jennifer R. Frankovich* | */s/       with permission* |
| Jennifer R. Frankovich (Fed. Bar No. 26052) | Bradford W. Warbasse (Fed. Bar No. 07304) |
| Baltimore County Office of Law | Bradford Warbasse Attorney at Law |
| 400 Washington Ave, 2nd Floor | P.O. Box 1284 |
| Towson, MD 2104 | Brooklandville, Md 21022 |
| Tel: 410-887-4420 | Tel: 443-862-0062 |
| Fax: 410-296-0931 | Warbasselaw@gmail.com |
| *JFrankovich@BaltimoreCountyMD.gov* | |
| **Counsel for Defendant** | **Counsel for Plaintiffs** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2025, a copy of the foregoing Joint Status Report was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the District of Maryland, and is available for viewing and downloading from the ECF system.

*/s/  Jeffrey T. Johnson*
Jeffrey T. Johnson