IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Michael A. Scott, et al.** \* | |
| \* | |
| **Plaintiffs** | |
| \* | |
| v. | Case No. 1:21-CV-00034-SAG |
| \* | |
| **Baltimore County, Maryland** | |
| **Defendant** \* | |

**APPROVED**

/s/   May 6, 2025
The Honorable Stephanie A. Gallagher
United States District Judge

### JOINT STATUS REPORT

Defendant Baltimore County, Maryland, through undersigned counsel, together with Plaintiff Michael A. Scott, on behalf of himself and others similarly situated, through his undersigned counsel, file this Joint Status Report, and state as follows:

The Parties recently participated in mediation with Judge Aslan, including two in-person sessions on April 14, 2025, and April 30, 2025. The Parties have reached a tentative settlement, subject to negotiation of a formal settlement agreement and class notices, as well as Court approval. The Parties therefore request that the Court stay all deadlines in this case (including the May 9, 2025 deadline for (1) Plaintiff's Reply to Defendant's Opposition to Plaintiff's First Motion *in Limine*, and (2) Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Sanctions for Failure to Appear at Corporate Designee Deposition), and remove this case from the Court's trial calendar. This stay will allow the Parties sufficient time to negotiate a settlement agreement and proposed notices to impacted class members, and thereafter file a motion for preliminary and final approval of the Parties' settlement with the Court.