# EXHIBIT 1

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Michael A. Scott, et al., | ) Case No.: 1:21-CV-00034-SAG |
| Plaintiffs, | ) |
| v. | ) **DECLARATION OF PENATETE M.** |
| | ) **JUNKER FOR RUST CONSULTING, INC**. |
| Baltimore County, Maryland, | ) |
| Defendant. | ) |

I, Penatete Junker, declare as follows:

1.      I am a Senior Program Manager for Rust Consulting, Inc. ("Rust").  My business address is 920 2nd Ave S, Suite 400, Minneapolis, Minnesota 55402.  My telephone number is 952-245-0472.  I am over twenty-one years of age and am authorized to make this declaration on behalf of Rust and myself.

2.      Rust has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, property damage, employment discrimination, employment wage and hour, product liability, insurance and consumer issues. We have provided notification and/or claims administration services in more than 8,500 cases. Of these, over 4,000 were Labor & Employment cases.

DECLARATION OF PENATETE M. JUNKER FOR RUST CONSULTING, INC.

3.      Rust was engaged by Counsel for the Plaintiffs and Counsel for the Defendants (collectively the "Parties") to provide notification services in the *Michael A. Scott, et al. v. Baltimore County, Maryland* Settlement ("Settlement").  Duties included: a) preparing, printing and mailing of the *Notice of Wage/Hour Class Action Settlement, Settlement Hearing, and Claims Procedure* ("Notice"), *Settlement Claim and Release Form* ("Claim Form"), *IRS Form W-9* ("W-9 Form") and *IRS Form W-4* ("W-4 Form') (collectively known as the "Class Notice"); b) receiving and reviewing Claim Forms, W-9 Forms and W-4 Forms (collectively known as the "Settlement Claims Documents"); c) tracking of exclusions and objections; d) drafting and mailing Settlement Award checks; e) arrange for the creation and maintenance of a publicly available website; and f) for such other tasks as the Parties mutually agree or the Court orders Rust to perform.

4.      Rust obtained a mailing address of Scott v Baltimore County Settlement Administrator, c/o Rust Consulting, Inc. - 9131, P.O. Box 2662, Faribault, Minnesota 55021-9662 to receive Claim Forms, W-9 Forms, W-4 Forms, exclusions, objections, undeliverable Class Notices and other communications regarding the Settlement.

5.      Rust obtained a toll-free telephone number of (800) 396-5655 for Class Members to call with questions regarding the Settlement. The toll-free telephone number was included in the Class Notice.

6.      Rust obtained a facsimile number of (248) 733-6514 for receiving communications about the Settlement.  The facsimile number was included in the Class Notice.

7.      Rust obtained an email address of info@baltcntymrflawsuit.com for receiving communications about the Settlement.  The email address was included in the Class Notice.

8.      Rust obtained a website address of www.baltcntymrflawsuit.com and set up a website for the Settlement. The website included a copy of the Notice, Web Claim Form, IRS Forms, Settlement Agreement, and Preliminary Approval Order for viewing, downloading and/or printing and additional information about the Settlement.  The website address was included in the Class Notice.

DECLARATION OF PENATETE M. JUNKER FOR RUST CONSULTING, INC.

9.      On or about December 29, 2025, Rust received text for the Notice and Claim Form from Counsel.  A draft of the formatted Class Notice was prepared by Rust and approved by the Parties.  Attached as Exhibit A is a copy of the final Class Notice.

10.     On or about December 30, 2025, Counsel for the Defendants provided Rust with a mailing list containing Class Member's names, last known addresses, telephone numbers and incarceration status ("Class List").  The Class List contained data for 466 potential Class Members.

11.     The mailing addresses contained in the Class List were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service.  The NCOA contains requested changes of address filed with the U.S. Postal Service.  In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA would be utilized in connection with the mailing of the Class Notice.

12.     On January 14, 2026, Class Notices were mailed to 466 Class Members contained in the Class List via either First Class mail (454 Class Notices) or Certified Mail (12 Class Notices).  The Class Notice advised Class Members that they could submit a Claim Form, exclusion and/or objection postmarked by March 15, 2026.  Additionally, 370 Class Members for whom a mobile telephone number had been provided in the Class List, were sent a text advising them of the Settlement, that the Class Notices was being mailed to them, and providing the website address.

13.      A total of 107 Class Notices were returned as undeliverable for the first time as of March 15, 2026.  Rust performed address traces on the 100 undeliverable Class Notices returned for which Settlement Claims Documents had not already been received.  The address trace utilizes the Class Member's name, previous address and Social Security Number for locating a current address.  Of the 100 traces performed, 75 more current addresses were obtained and Class Notices were promptly re-mailed to those Class Members via First Class mail.  Of the 100 traces performed, Rust did not obtain updated addresses for 25 undeliverable Class Notices.  Of the 75 Class Notices mailed to a more current address identified from trace,

17 Class Notices were returned to Rust as undeliverable a second time.  As of this date, 42 Class Notices remain undeliverable.

14.    As of this date, zero (0) Class Notices were returned by the Post Office with forwarding addresses attached as of March 15, 2026.

15.    Re-mailed Class Notices were provided an extended deadline of 21 days. The latest extended deadline was April 5, 2026.

16.    A draft of the reminder notice was prepared by Rust and approved by the Parties. On February 13, 2026, a reminder notice was sent via text to 328 Class Members who had not submitted a Claim Form or an exclusion as of that date.  On February 27, 2026, a reminder notice was sent via text to 314 Class Members who had not submitted a Claim Form or an exclusion as of that date.  The reminder notice served as a reminder of the deadline of March 15, 2026 for Claim Forms and exclusion, and also provided the toll-free telephone number and website address for the Settlement Administrator.

17.    As of this date, Rust received Settlement Claims Documents

    i.    Of the 101 Settlement Claims Documents received, 97 were considered timely received by the deadline applicable to that Class Member based on the terms of the Settlement Agreement, 12 Class Members submitted Settlement Claims Documents with incomplete information and were sent a letter and asked to supply the missing information.  Of the 12 Class Members, who were sent letters, Rust received 12 complete Settlement Claims Documents from Class Members and zero (0) Settlement Claim Documents remain incomplete.

    ii.    Of the 101 Settlement Claims Documents received, three (3) were not timely received. Of the Settlement Claims Documents that were not timely received, one (1) Class Member submitted a Settlement Claim Document with incomplete information and was sent a letter and asked to supply the missing information.  Of the one (1) Class Member, who was sent a letter, Rust received one (1) complete Settlement Claim Document from the

DECLARATION OF PENATETE M. JUNKER FOR RUST CONSULTING, INC.

Class Member and zero (0) Settlement Claim Documents remain incomplete.

iii. The following four (4) individuals submitted Settlement Claim Documents that were not timely and therefore they are invalid and not considered part of the settlement.

1. Jason Lowery, late submission: Settlement Claim Document postmarked on March 17, 2026, and received on March 23, 2026. The postmark deadline was March 15, 2026, and the Settlement Claim Document needed to be received by March 22, 2026. The Claim Form portion of Settlement Claim Document was incomplete, and a cure letter was sent on March 27, 2026 with a response deadline of April 10, 2026. The cured Claim Form was sent on April 2, 2026.

2. Jacob Stoner, late cure: Settlement Claim Document postmarked on February 28, 2026 and received on March 4, 2026. The response deadline was March 15, 2026. The W-4 portion of Settlement Claim Document was incomplete, and a cure letter was sent on March 11, 2026 with a response deadline of March 25, 2026. The cured W-4 was sent on March 29, 2026.

3. Christopher Thompson, late submission: Settlement Claim Document electronically received on April 7, 2026. The electronic response deadline on his remailed Class Notice was April 5, 2026. The Settlement Claim Document was complete, no cure letter sent.

4. Michael Wells, late submission: Settlement Claim Document electronically received on March 16, 2026. The electronic response deadline was March 15, 2026. The Settlement Claim Document was complete, no cure letter sent.

DECLARATION OF PENATETE M. JUNKER FOR RUST CONSULTING, INC.

iv.   In summary, of the 101 Settlement Claim Documents received, 97 were timely and included the required information per the Settlement Agreement (or were corrected in a timely manner to include the required information).

18.    As of this date, Rust received zero (0) exclusions.

19.    As of this date, Rust received zero (0) objections.

20.    The total cost for the administration of this Settlement, including fees incurred and future costs for completion of the administration is estimated to be $41,917.00.

21.    I declare under penalty of perjury that the above is true and correct to the best of my knowledge and that this Declaration was executed this 19th day of May 2026, at Minneapolis, MN.

_Penatete M Junker_
Penatete M. Junker

DECLARATION OF PENATETE M. JUNKER FOR RUST CONSULTING, INC.

# Exhibit A

SCOTT V BALTIMORE COUNTY SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING INC - 9131
PO BOX 2662
FARIBAULT MN 55021-9662

## IMPORTANT LEGAL MATERIALS

**\* B A R C O D E 3 9 \*** - UAA - <<SequenceNo>>

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<Address3>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

| FOR OFFICIAL USE ONLY |
| --- |
| 01 |

Page 1 of 3
**Claimant ID #:** <<barcode39>>

| ☐ | If the pre-printed information to the left is not correct or if there is no pre-printed information, please check the box and complete the information below: |
| --- | --- |

Name: _____

Address: _____

City: _____

State: _____ _____  Zip Code: ____ ____ ____ ____ ____

**IN THE U.S. DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**Michael A. Scott, et al.**

**Plaintiffs**

**v.**

**Baltimore County, Maryland**

**Defendant**

**Case No. 1:21-CV-00034-SAG**

**CONSENT TO BE A PARTY PLAINTIFF / SETTLEMENT CLASS MEMBER IN SUIT AGAINST BALTIMORE COUNTY, MARYLAND**

## SETTLEMENT CLAIM AND RELEASE FORM

You may be eligible for monies if you are a Class Member and if you properly complete this SETTLEMENT CLAIM AND RELEASE FORM ("Claim Form"), as well as IRS Forms W-4 and W-9 ("IRS Forms"), and timely return these documents to the Claims Administrator identified below.

A Class Member is any individual who was incarcerated at the Baltimore County Detention Center, located at 720 Bosley Avenue, Towson, Maryland 21204, and who performed work at the Materials Recovery Facility ("MRF") at Baltimore County's Central Acceptance Facility ("CAF") during their incarceration between January 5, 2018 and April 12, 2020, and who during this period were paid less than the then-applicable Maryland state minimum wage.

In order to be eligible to receive any portion of the settlement funds you MUST complete and sign this Claim Form and IRS Forms, and return them to the Claims Administrator, Rust Consulting, Scott v Baltimore County Settlement Administrator, c/o Rust Consulting, Inc. - 9131, PO Box 2662, Faribault, MN 55021-9662, Phone: (800) 396-5655, Email: info@baltcntymrflawsuit.com.

If you are returning the Claim Form and IRS Forms by First Class United States Mail, they must be postmarked on or before March 15, 2026, and must be received by March 22, 2026.

If you are returning the Claim Form and IRS Forms in any manner besides First Class United States Mail, such as hand-delivery, facsimile, or electronically, it must be received by March 15, 2026.

If your Claim Form and IRS Forms are not returned in a timely manner as described above, you will not be eligible to receive any portion of the settlement funds. For more information on the settlement and your rights, please see the attached NOTICE OF WAGE/HOUR CLASS ACTION SETTLEMENT, SETTLEMENT HEARING, AND CLAIMS PROCEDURE ("NOTICE").

By completing, signing, dating, and returning the Claim Form and IRS Forms, you are confirming the release of claims set forth below (for further information, see the Notice). The Claim Form and IRS Forms must be personally signed by a Class Member who seeks to participate in the settlement or someone with a legal right to act on his/her behalf.

Be sure to make a copy of the signed Claim Form for your records. It is your responsibility to keep a current address on file with the Claims Administrator. Please make sure to notify the Claims Administrator of any change of address. The contact information for the Claims Administrator is in Section V of the Notice and set forth below in Paragraph II.





## I. CONSENT TO JOIN

I understand that this lawsuit is being brought under the Fair Labor Standards Act of 1938, as amended, ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Maryland Wage/Hour Law ("MWHL"), Md. Code L&E § 3-401 *et seq.*, and the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Code L&E § 3-501 *et seq.* I hereby consent and agree to pursue any claims under the FLSA, MWHL, and MWPCL against Baltimore County, Maryland ("Defendant") by joining in the above-referenced lawsuit filed in the United States District Court for the District of Maryland, titled <u>Michael A. Scott *et al., v. Baltimore County, Maryland*</u>, Case No.: 1:21-cv-00034-SAG (the "Civil Action"), and I hereby opt-in to become a plaintiff in the Civil Action.

I agree to exercise the option to enter this case as a "Settlement Class Opt-In Claimant" to determine if I am due any compensation.

By opting into this case, I understand that I will be bound by an existing Settlement Agreement reached between the Class Representative in this case and Baltimore County, Maryland, and that I have had the opportunity to review this Settlement Agreement and ask Class Counsel any questions about it. I understand that no attorneys' fees or costs will be taken from my recovery, and that the attorneys representing the class will be paid reasonable fees and costs, as actually incurred, by Baltimore County, Maryland and as approved by the Court.

I understand that any monies that I receive are subject to taxation, and a portion of any monetary recovery is subject to appropriate payroll and other withholdings, and additional withholdings and garnishments to the extent required by court order. I agree that if I have any questions regarding the taxation of any payment to me, I will consult an independent tax advisor at my own expense. I understand that Baltimore County, Maryland will not be responsible for any taxes I owe as the result of any payments I receive as the result of the Settlement Agreement.

I understand that, by paying me a settlement amount in exchange for my opting into this lawsuit, the Defendant is not admitting that they acted wrongfully, willfully, or with any malice or intent. I understand that no one has won the lawsuit, but rather an agreement was reached to avoid the expense and time of going to Court to resolve any wage claim disputes.

By signing below, I understand and acknowledge that I am an individual who was incarcerated at the Baltimore County Detention Center, located at 720 Bosley Avenue, Towson, Maryland 21204, and who performed work at the Materials Recovery Facility ("MRF") at Baltimore County's Central Acceptance Facility ("CAF") during incarceration between January 5, 2018 and April 12, 2020, and who during this period were paid less than the then-applicable Maryland state minimum wage; and that I:

Hereby irrevocably and unconditionally forever and fully release and covenant not to sue Defendant and/or the Released Parties for any and all past and present wage-related disputes, matters, claims, demands, and causes of action, of any kind whatsoever, whether at common law, pursuant to statute, ordinance, or regulation, in equity or otherwise, and whether arising under federal, state, or other applicable law related to any wage related disputes and claims, including but not limited to those arising from or related to any claims arising under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 *et seq.*, the Maryland Wage/Hour Law ("MWHL"), Md. Ann. LE art. § 3-401 *et seq.*, the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Arm. LE art. § 3-501 *et seq.*, and common law claims of unjust enrichment and/or conversion which I have or might have, known or unknown, of any kind whatsoever arising from the beginning of time through the Execution Date, as defined in ¶I.J, of this Agreement arising out of any wage related acts or omissions that were raised or could have been raised in the Civil Action (the "Wage-Related Claims"). I understand and agree that Wage-Related Claims include any attorneys' fees and costs incurred on my behalf and on behalf of others in the Civil Action.

As used in the preceding paragraph, I understand that all capitalized terms shall have the meaning set forth in this Claim Form and below:

• "Agreement" shall mean the Settlement Agreement between Michael Scott and Baltimore County, Maryland;

• "Execution Date" means the date on which the Agreement was fully executed by all parties thereto; and

• "Released Parties" means the Defendant, its assigns, agents, elected and/or appointed officials, executives, administrators, officers, directors, partners, employees, representatives, insurers, attorneys, agencies, departments, divisions, subsidiaries, affiliates, benefit plans, and/or plan fiduciaries, and all persons acting by, through, under or in concert with any of them, including any party that was or could have been named as a defendant in the Civil Action.

[remainder of page intentionally left blank]

 
THE UNDERSIGNED STATES THAT HE HAS CAREFULLY READ THE FOREGOING, KNOWS THE CONTENTS THEREOF, AND HAS EXECUTED THIS CLAIM FORM VOLUNTARILY AND WITHOUT COERCION.

Signature: _____

Full Name: _____

Address: _____

City, State, Zip Code: _____

Phone/Email: _____

Date: _____

This Claim Form, as well as the IRS Forms must be properly completed, signed, and returned to the Claims Administrator at the address below.  If you return this Claim Form and IRS Forms via First Class United States mail, it must be postmarked by March 15, 2026, and it must be received by March 22, 2026.  If you return this Claim Form and IRS Forms through any other means, *i.e.*, hand-delivery, facsimile, or electronically, it must be received by March 15, 2026.

SCOTT V BALTIMORE COUNTY SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING INC - 9131
PO BOX 2662
FARIBAULT MN 55021-9662
TOLL FREE: (800) 396-5655
FAX: (248) 733-6514
EMAIL:  info@baltcntymrflawsuit.com
WEBSITE:  www.baltcntymrflawsuit.com

Page 3 of 3

## IN THE U.S. DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Michael A. Scott, et al.**<br><br>Plaintiffs<br><br>v.<br><br>**Baltimore County, Maryland**<br><br>Defendant | **Case No. 1:21-CV-00034-SAG** |

### NOTICE OF WAGE/HOUR CLASS ACTION SETTLEMENT, SETTLEMENT HEARING, AND CLAIMS PROCEDURE

**To:** **Persons Incarcerated at the Baltimore County Detention Center, and who performed work at the "Materials Recovery Facility" at Baltimore County's "Central Acceptance Facility" during their incarceration at any time between January 5, 2018 and April 12, 2020.**

A Class Action seeking unpaid minimum wage/overtime was brought by an individual formerly incarcerated in Baltimore County Detention Center, who served in a "work detail" at the "Material Recovery Facility" (Central Acceptance Facility) sorting recyclable materials. As a result of a settlement of this Class Action, you may be entitled to unpaid wages.

Based on information in Baltimore County's Department of Correction's records, you are a Class Member and may be entitled to participate and receive a payment in the proposed settlement of claims asserted in the case captioned **Michael A. Scott *et al*. v. Baltimore County, Maryland, Case No. 1:21-cv-00034-SAG,** filed in the United States District Court for the District of Maryland (the "Civil Action").

Please read this Notice carefully. You may also contact Howard B. Hoffman at (301) 251-3752, who serves as Class Counsel and is identified in Section V, below.

This Notice contains important information about your rights concerning the class action settlement described below. As described more fully below, *see* Section VII.c, to participate in the settlement, you must submit a properly completed Settlement Claim and Release of Claims Form ("Claim Form"), and IRS Forms W-4 and W-9 ("IRS Forms") postmarked by March 15, 2026, and received by the Claims Administrator, Rust Consulting, no later than March 22, 2026. If the Claim Form and IRS Forms are submitted in any manner besides First Class United States mail, they must be received by the Claims Administrator, Rust Consulting, no later than March 15, 2026. If you fail to turn in a timely Claim Form and IRS Forms, you will not be entitled to receive any monetary distribution from the settlement. If you do not want to participate in the settlement, and do not want to be bound by the Release described in Section VII.b , you must exclude yourself by mailing a letter informing the Claims Administrator of your intention to opt-out, postmarked no later than March 15, 2026, and received by the Claims Administrator, Rust Consulting, no later than March 22, 2026.

**WARNING**: IF YOU DO NOTHING IN RESPONSE TO THIS NOTICE, you will irrevocably and unconditionally forever and fully release your right to sue Defendant from any and all past and present Maryland state law based wage disputes, matters, claims, demands, and causes of action, of any kind whatsoever, whether at common law, or pursuant to state statute, ordinance, or regulation, (including but not limited to those arising from or related to any claims arising under the Maryland Wage/Hour Law, the Maryland Wage Payment and Collection Law), and common law claims of unjust enrichment and/or conversion which you may have for the work you performed at the Materials Recovery Facility between January 5, 2018 and April 12, 2020, unless you "opt-out" of the Civil Action and the settlement by submitting a letter informing of your intention to opt-out postmarked by March 15, 2026, which must be received by the Claims Administrator no later than March 22, 2026.

**Important Deadlines**

- Deadline for the Claim Form and IRS Forms:
  - If by U.S. Mail, it must be post-marked by March 15, 2026, and received by the Claims Administrator by March 22, 2026;
  - If submitted by any other means, it must be received by the Claims Administrator by March 15, 2026.
- Deadline for the Opt-Out Letter:
  - If by U.S. Mail, it must be post-marked by March 15, 2026, and received by the Claims Administrator by March 22, 2026;
  - If submitted by any other means, it must be received by the Claims Administrator by March 15, 2026.

- 1 -

• Deadline for objecting to the settlement: must be post-marked by March 15, 2026.

This Notice explains the nature of the Civil Action and the terms of the settlement and informs you of your rights and obligations. This Notice should not be understood as an expression of any opinion by the Court as to the merits of any of the claims or defenses asserted by the Parties.

This Notice contains information about the following topics:

I.      What Is A Class Action?
II.     What Is This Civil Action About?
III.    What Is the Purpose Of This Notice?
IV.     Who Is Included In The Civil Action?
V.      Who Are Counsel In This Case?
VI.     Who Is the Claims Administrator?
VII.    What Are The Benefits and Terms Of The Proposed Settlement (including information about how you can participate in the Settlement)?
VIII.   When Is The Fairness Hearing To Approve Settlement?
IX.     How Can You Object To The Proposed Settlement?
X.      How Can You Opt-Out Of The Settlement?
XI.     Submission of Deficient Claim Forms/Right to Cure
XII.    How Can You Examine Court Records
XIII.   What If You Have Questions?

## I. What Is A Class Action?

A class action is a civil action in which the claims and rights of many people are decided in a single court proceeding. One or more representative plaintiffs, also known as "Class Representatives" or "Plaintiffs", file a civil action (lawsuit) making claims on behalf of an entire class of persons.

## II. What Is This Civil Action About?

Mr. Michael A. Scott (the "Plaintiff" or "Class Representative") brought this Civil Action on January 5, 2021, against Baltimore County, Maryland (the "Defendant"). Plaintiff Scott alleged that Defendant had violated the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Maryland Wage/Hour Law ("MWHL"), Md. Code L&E § 3-401 *et seq.*, and the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Code L&E § 3-501 *et seq.*, by failing to properly pay individuals, who were incarcerated at the Baltimore County Detention Center and who were working at Defendant Baltimore County's Material Recovery Facility ("MRF"), minimum and overtime wages as required by these laws. Plaintiff Scott's Complaint sought to recover those wages, as well as liquidated damages in the amount equal to the unpaid minimum and overtime wages, statutory damages in the amount of three times the unpaid wages, pre- and post- judgment interest, costs, and reasonable attorneys' fees. Plaintiff Scott also sought the certification of a collective class pursuant to 20 U.S.C. § 216(b). Thereafter, an FLSA Collective Action was conditionally certified, which resulted in a total of five-one (51) FLSA Opt-in Plaintiffs joining the case.

Baltimore County, Maryland has denied and continues to deny any wrongdoing and denies any and all liability and damages to anyone with respect to the alleged facts or causes of action asserted in the Civil Action. After several rounds of mediation between the parties, and to avoid the burden, expense, inconvenience, and uncertainty of continuing to litigate the Civil Action, the parties have concluded that it is in their best interests to resolve and settle the Civil Action by entering into a settlement agreement (the "Settlement").

The Civil Action is presently before the United States District Court for the District of Maryland (Northern Division). This Civil Action has been assigned to U.S. District Court Judge, Stephanie A. Gallagher. The Court has not made any decisions on the merits of Plaintiffs' claims or Defendant's defenses. On December 22, 2025, the Court preliminarily approved a settlement of this Civil Action, subject to a fairness hearing which will take place at 10 a.m. on June 11, 2026.

## III. What Is The Purpose Of This Notice?

The Court has ordered that this Notice be sent to you because you may be a Class Member. The purpose of this Notice is to inform you of the proposed settlement and of your rights, including:

• To inform you of how to claim your potential settlement recovery;

• To inform you of your right to "opt-out" of the settlement classes, and thereby preserve your ability to independently bring any claim that you might have;

- To inform you of the consequences of taking no action; and
- To inform you of your right to file objections to the Settlement.

## IV. Who Is Included In The Civil Action?

All persons who were incarcerated at the Baltimore County Detention Center, located at 720 Bosley Avenue, Towson, Maryland 21204, and who performed work at the MRF at Baltimore County's Central Acceptance Facility ("CAF") during their incarceration between January 5, 2018 and April 12, 2020, and who during this period were paid less than the then-applicable Maryland state minimum wage.

## V. Who Are Counsel In This Case?

The Court has approved and appointed the following lawyers to represent all Class Members of the Civil Action ("Class Counsel").  Class Counsel are:

Howard B. Hoffman, Esq.
Jordan S. Liew, Esq.
Hoffman Employment Law, LLC
2400 Research Blvd. Ste 380
Rockville, Maryland 20850
(301) 251-3752 (tele)
(301) 251-3753 (fax)
hhoffman@hoholaw.com
jliew@hoholaw.com

Bradford W. Warbasse, Esq.
Attorney At Law
P.O. Box 1284
Brooklandville, Maryland 21022
(410) 337-5411 (tele)
warbasselaw@gmail.com

Stephen J. Springer, Esq.
Attorney At Law
Rittenhouse Plaza
1901 Walnut Street, Unit 4A
Philadelphia, Pennsylvania 19103
(215) 732-8229 (tele)
springerlaw@msn.com

Class Counsel represents the interests of the class against Baltimore County.  They represent your interests.

Baltimore County, Maryland is represented by the following attorneys:

Kraig B. Long, Esq.
Jeffrey T. Johnson, Esq.
Samuel E. Amon, Esq.
Nelson Mullins Riley & Scarborough, LLP
100 S. Charles Street, Suite 1600
Baltimore, Maryland 21201
(443) 392-9460 (tele)
(443) 392-9499 (fax)
Kraig.Long@nelsonmullins.com
Jeffrey.Johnson@nelsonmullins.com
Samuel.Amon@nelsonmullins.com

Jennifer R. Frankovich, Esq.
Baltimore County Office of Law
400 Washington Avenue, 2nd Floor
Towson, Maryland 21204
(410) 887-4420 (tele)
(410) 296-0931 (fax)
JFrankovich@BaltimoreCountyMd.gov

Counsel for the Defendant is obligated to represent the best interest of Defendant and has no legal obligation to you or your interests.

## VI. Who Is The Claims Administrator?

Rust Consulting, Scott v Baltimore County Settlement Administrator, c/o Rust Consulting, Inc. - 9131, PO Box 2662, Faribault, MN 55021-9662, Phone: (800) 396-5655, Fax: (248) 733-6514, Email: info@baltcntymrflawsuit.com, is administering the claims process.  The Claim Form and IRS Forms must be returned to Rust Consulting and must be postmarked by March 15, 2026, and received by March 22, 2026.  If the Claim Form and IRS Forms are returned by any manner besides First Class United States mail, it must actually be received by March 15, 2026.  Please direct questions related to the case or the settlement to Class Counsel listed above.

## VII. What Are The Benefits and Terms Of The Proposed Settlement?

The Class Representative and Defendant have agreed to the Settlement summarized below. The complete terms and conditions of the proposed Settlement are on file with the Clerk of the Court at the address listed below in Section XII. You may obtain a full copy of the settlement agreement by requesting a copy via email from jliew@hoholaw.com. The Parties' obligations under the Settlement Agreement will not become effective unless and until it receives final court approval, including the exhaustion of any appeals. <u>By either timely submitting a Claim Form and IRS Forms or failing to timely opt-out of the Settlement as described in Section X below, you will become bound by the Settlement,</u> which describes your legal rights and shall control over the terms of this Notice in the event of any conflict between this Notice and the Settlement.

### a. What are the benefits of the settlement?

Class Members who timely and properly complete and return the Claim Form and IRS Forms, as described in Section VII.c, below, may be entitled to the payment of their pro rata portion of $1,461,114.47, up to a maximum of 200% (two hundred percent) of their unpaid minimum and/or overtime wages. Please note that for those Class Members who have previously not filed an "opt-in" form in this case your recovery will consist of only unpaid minimum wages and not overtime wages. Please further note that the monies recovered as part of this settlement will be deposited into a Qualified Settlement Fund ("QSF"), will be paid from the QSF, and are subject to tax, some of which may be withheld through applicable payroll withholdings, and additional withholdings and garnishments to the extent required by court order. Tentative service payments total $85,000.00 to be paid to the Class Representative and six (6) other Class Members who assisted in prosecuting and settling this Civil Action.

Calculations will be performed by an independent expert retained by Class Counsel, subject to the review and objection by the Defendant.

### b. What is the legal effect of participating in the settlement?

If the Court grants final approval of the Settlement, in exchange for the promise of payment, the claims asserted in the Civil Action will be dismissed with prejudice and Class Members who opt-in will fully release and discharge Defendant from any and all past and present wage-related disputes, matters, claims, demands, and causes of action, of any kind whatsoever, whether at common law, pursuant to statute, ordinance, or regulation, in equity or otherwise, and whether arising under federal, state, or other applicable law related to any wage related disputes and claims, including but not limited to those arising from or related to any claims arising under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Maryland Wage/Hour Law ("MWHL"), Md. Ann. LE art. § 3-401 *et seq.*, the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Ann. LE art. § 3-501 *et seq.*, and common law claims of unjust enrichment and/or conversion which any such Class Member who opts-in has or might have, known or unknown, of any kind whatsoever arising from the beginning of time through the date of the Court's Final Approval Order arising out of any wage-related acts or omissions that were raised or could have been raised in the Civil Action (the "Wage-Related Claims"), along with any claims for attorneys' fees and costs associated with the Wage-Released Claims. Individuals receiving service payments will generally release all claims against Baltimore County.

### c. How can I be eligible to receive a distribution in the settlement?

If you wish to receive a payment of money damages, you must timely complete and return the enclosed Claim Form according to the instructions included at the top of that Claim Form, as well as the IRS Forms. The Claim Form and IRS Forms must be properly completed, signed, and mailed to the Claims Administrator via First Class United States Mail, and must be postmarked by March 15, 2026, and received by March 22, 2026. If the Claim Form and IRS Forms are submitted in any manner besides First Class United States mail, (*i.e.* by email or tax), it must be received by March 15, 2026. If you do not properly complete and timely submit the Claim Form and IRS Forms by March 15, 2026, or if by First Class United States Mail, postmarked by March 15, 2026 and received by March 22, 2026, you will not be eligible to receive any monetary distribution. You should NOT complete the Claim Form if you send in an opt-out letter. If you do submit both an opt-out letter and a Claim Form, you will be eligible to receive your potential payment of money damages and you will still be bound by all other terms of the Settlement.

### d. What are the legal effects of opting-out of the settlement?

As stated below in Section X, you have the right to exclude yourself, and yourself only, from this Civil Action and Settlement. If you choose to exclude yourself, you will not be barred from seeking relief with respect to any legal claims and will be free to pursue an individual claim, if any, against Defendant, but you will not be eligible to receive the benefits of this Settlement.

**e. What are the legal effects of neither participating nor opting-out of the settlement?**

**Doing nothing will prevent you from ever getting paid for your work at the MRF.** Members who do not timely complete and return the enclosed Claim Form and also fail to opt-out will release – with no monies to be paid to them – any and all Maryland state law wage-related claims, including but not limited to claims under, the Maryland Wage/Hour Law ("MWHL"), Md. Ann. LE art. § 3-401 *et seq.*, the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Ann. LE art. § 3-501 *et seq.*, and common law claims of unjust enrichment and/or conversion. Your claims under the Federal Fair Labor Standards Act ("FLSA") will not be released.

**f. How will Class Counsel be compensated?**

**No Class Member will incur or be charged attorneys' fees and costs, either upfront or as part of a percentage of their settlement award.** Under the terms of the proposed Settlement, Class Counsel will be separately paid by Defendant, in the amount of $2,310,900.00, subject to Court approval. This amount is intended to compensate Class Counsel for approximately 4,670 hours of work and greater than $50,000.00 in costs expended by Class Counsel. Class Members (except for those who file an opt-out notice, as provided in Section X, below), may file an objection with the Court concerning any proposed award of legal fees and costs. The objection must be filed no later than March 15, 2026.

## VIII. When Is The Fairness Hearing To Approve The Settlement?

The Court has granted preliminary approval of the proposed Settlement, concluding preliminarily that the Settlement is fair, adequate, and reasonable and that the proposed distribution of the Settlement amount is fair, adequate, and reasonable. A hearing will be held to determine whether the final approval of the Settlement should be granted. At the hearing, the Court will hear objections, if any, and arguments concerning the fairness of the proposed Settlement. The hearing will take place before Judge Stephanie A. Gallagher at 10 a.m. on June 11, 2026 or as soon thereafter as practicable, in the United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201. The Court will also consider the fee award being sought by Class Counsel, and the service payments sought by Class Representative and six (6) Class Members who advanced this case and participated in the settlement conference. The time and date of this hearing may be continued or adjourned, so please contact Class Counsel prior to the date of the hearing if you plan to attend.

**YOU ARE NOT OBLIGATED TO ATTEND THIS HEARING. YOU MAY ATTEND THE HEARING IF YOU PLAN TO OBJECT TO THE SETTLEMENT. YOU MAY ALSO RETAIN YOUR OWN ATTORNEY TO REPRESENT YOU IN YOUR OBJECTIONS. IF YOU WISH TO ATTEND THE HEARING, YOU MUST SUBMIT A WRITTEN OBJECTION AS DESCRIBED IN THE FOLLOWING SECTION AND MUST STATE IN WRITING YOUR INTENTION TO APPEAR AT THE FAIRNESS HEARING.**

## IX. How Can You Object To The Proposed Settlement?

If you want to object to any of the terms of the Settlement, including the legal fees and costs sought by Class Counsel, you must serve a written statement of the objection to Class Counsel and Defense Counsel, at their respective addresses listed in Section V above, and file it with the Court at the following address:

United States District Court
District of Maryland
Attn: Case No. 1:21-cv-00034-SAG
101 W. Lombard Street
Baltimore, Maryland 21201

Your objection will not be heard unless it is mailed to Class Counsel and Defense Counsel and filed with the Court via First Class United States Mail, postage prepaid, and postmarked by March 15, 2026, and received by March 22, 2026. The objection need not be in any specific form; a short and simple statement of your objection is sufficient. You do not need to be represented by counsel to object. If you are represented by counsel, they must comply with all Rules of the United States District Court for the District of Maryland. If you wish to present your objection at the fairness hearing, you must state your intention to do so in your written objection.

If you Opt-Out of this Settlement, as described below in Section X, you may not object to the terms of this Settlement or the fees and costs sought by Class Counsel.

## X. How Can You Opt-Out Of The Settlement?

You have the right to exclude yourself, and yourself only, from this Civil Action and Settlement. If you choose to exclude yourself, you will not be barred from seeking relief with respect to any legal claims and will be free to pursue an individual claim, if any, against Defendant, but you will not be eligible to receive the benefits of this Settlement. If you intend to exclude yourself, you must draft a letter stating: "I WISH TO BE EXCLUDED FROM THE SETTLEMENT CLASS IN MICHAEL A. SCOTT, *ET AL*., V. BALTIMORE COUNTY, MARYLAND, *NO. 1:21-cv-00034-SAG. I UNDERSTAND THAT IF I ASK TO BE EXCLUDED FROM THE CLASS, I WILL NOT RECEIVE ANY MONEY FROM THE SETTLEMENT.*" The Opt-Out letter must be mailed to the Claims Administrator via First Class United States Mail, postage prepaid, and postmarked no later than March 15, 2026, and received by the Class Administrator by March 22, 2026. You should NOT mail an Opt-Out letter if you complete the Claim Form. If you do submit both an Opt-Out letter and the Claim Form, you will be eligible to receive your share of the settlement and will still be bound by all other terms of the Settlement.

## XI. Submission of Deficient Claim Forms/Right to Cure

If any Class Member timely submits a deficient Claim Form and/or IRS Forms, then, within three (3) business days of the Claims Administrator's receipt of such Claim Form and/or IRS Forms, the Claims Administrator shall send by first class mail a notice to such Class Member informing him or her of the deficiency and that he has until the latter of the conclusion of the opt-in period (March 15, 2026) or fourteen (14) calendar days to cure the deficiency. The Claims Administrator will also copy (via e-mail) Class Counsel and Defense Counsel regarding any notices of deficiency. A response from the Class Member curing the deficiency must be in writing and must be postmarked, mailed and received within the time set forth above in order to be considered a timely response. Any responses that are not timely shall not be considered, and the deficient Claim Form and IRS Forms shall be null and void and shall not be accepted or processed.

## XII. How Can You Examine Court Records?

The foregoing description of the case is general and does not cover all of the issues and proceedings thus far. In order to see the complete file, including a copy of the Settlement Agreement, you may visit the Clerk of the Court, United States District Court for the District of Maryland, 101 W. Lombard Street, Baltimore, Maryland 21201. The Clerk will make all files relating to this Civil Action available to you for inspection. Alternatively, you may access the files via the Court's "PACER" on-line system. www.pacer.gov.

## XIII. What If You Have Questions?

If you have questions about this Notice, or want additional information, you can contact Howard B. Hoffman at 301-251-3752, who serves as Class Counsel and is identified in Section V, above.

**THIS NOTICE IS SENT TO YOU BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND. UNLESS FILING AN OBJECTION TO THE SETTLEMENT, PLEASE DO NOT CONTACT THE COURT.**

_____/s/_____
Hon. Stephanie A. Gallagher
Date: January 14, 2026                                     U.S. District Court Judge

- 6 -

FOR OFFICIAL USE ONLY

18

Page **1**

| Form **W-9**<br>(Rev. March 2024)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer**<br>**Identification Number and Certification**<br><br>► **Go to www.irs.gov/FormW9 for instructions and the latest information.** | **Give Form to the**<br>**requester. Do not**<br>**send to the IRS.** |

**Before you begin.** For guidance related to the purpose of Form W-9, see *Purpose of Form*, below.

<table>
<tr><td rowspan="10" style="writing-mode:vertical-rl">Print or type   See **Specific Instructions** on page 3.</td><td colspan="2">**1..**Name of entity/individual. An entry is required. (For a sole proprietor or disregarded entity, enter the owner's name on line 1, and enter the business/disregarded entity's name on line 2.)</td></tr>
<tr><td colspan="2">**2** Business name/disregarded entity name, if different from above</td></tr>
<tr><td>**3a** Check the appropriate box for federal tax classification of the entity/individual whose name is entered on line 1. Check only **one** of the following seven boxes:<br><br>☐ Individual/sole proprietor    ☐ C Corporation    ☐ S Corporation    ☐ Partnership    ☐ Trust/estate<br><br>☐ LLC. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) _____<br>    **Note.** Check the "LLC" box above and, in the entry space, enter the appropriate code (C, S, or P) for the tax classification of the LLC, unless it is a disregarded entity. A disregarded entity should instead check the appropriate box for the tax classification of its owner.<br><br>☐ Other (see instructions) _____</td><td>**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):<br><br>Exempt payee code (if any) _____<br><br>Exemption from Foreign Account Tax Compliance Act (FATCA) reporting code (if any) _____</td></tr>
<tr><td>**3b** If on line 3a you checked "Partnership" or "Trust/estate," or checked "LLC" and entered "P" as its tax classification, and you are providing this form to a partnership, trust, or estate in which you have an ownership interest, check this box if you have any foreign partners, owners, or beneficiaries.: See instructions    ☐</td><td>*(Applies to accounts maintained outside the United States.)*</td></tr>
<tr><td>**5** Address (number, street, and apt. or suite no.) See instructions.</td><td rowspan="2">Requester's name and address (optional)<br>SCOTT V BALTIMORE COUNTY SETTLEMENT ADMINISTRATOR<br>C/O RUST CONSULTING INC - 9131<br>PO BOX 2662<br>FARIBAULT MN 55021-9662</td></tr>
<tr><td>**6** City, state, and ZIP code</td></tr>
<tr><td colspan="2">**7** List account number(s) here (optional)</td></tr>
</table>

| **Part I** | **Taxpayer Identification Number (TIN)** |

Enter your TIN in the appropriate box**.** The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later**.** For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later**.**

**Note:** If the account is in more than one name, see the instructions for line 1. See also *What Name and Number To Give the Requester* for guidelines on whose number to enter**.**

**Social security number**

☐☐☐ - ☐☐ - ☐☐☐☐

**or**

**Employer identification number**

☐☐ - ☐☐☐☐☐☐☐

| **Part II** | **Certification** |

Under penalties of perjury, I certify that:

1**.** The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2**.** I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3**.** I am a U.S. citizen or other U.S. person (defined below); and

4**.** The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct**.**

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply**.** For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later**.**

| **Sign**<br>**Here** | **Signature of**<br>**U.S. person ►** | **Date ►** |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

### What's New

Line 3a has been modified to clarify how a disregarded entity completes this line. An LLC that is a disregarded entity should check the appropriate box for the tax classification of its owner. Otherwise, it should check the "LLC" box and enter its appropriate tax classification.

New line 3b has been added to this form. A flow-through entity is required to complete this line to indicate that it has direct or indirect foreign partners, owners, or beneficiaries when it provides the Form W-9 to another flow-through entity in

which it has an ownership interest. This change is intended to provide a flow-through entity with information regarding the status of its indirect foreign partners, owners, or beneficiaries, so that it can satisfy any applicable reporting requirements. For example, a partnership that has any indirect foreign partners may be required to complete Schedules K-2 and K-3. See the Partnership Instructions for Schedules K-2 and K-3 (Form 1065).

### Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS is giving you this form because they must obtain your correct taxpayer identification number (TIN), which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

Cat. No. 10231X      Form **W-9** (Rev. 3-2024)





• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-NEC (nonemployee compensation).

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

**Caution:** If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See *What is backup withholding*, later.

**By signing the filled-out form**, you:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee; and

4. Certify to your non-foreign status for purposes of withholding under chapter 3 or 4 of the Code (if applicable); and

5. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting is correct. See *What Is FATCA Reporting*, later, for further information.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien;

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;

• An estate (other than a foreign estate); or

• A domestic trust (as defined in Regulations section 301.7701-7.

**Establishing U.S. status for purposes of chapter 3 and chapter 4 withholding.** Payments made to foreign persons, including certain distributions, allocations of income, or transfers of sales proceeds, may be subject to withholding under chapter 3 or chapter 4 of the Code (sections 1441–1474). Under those rules, if a Form W-9 or other certification of non-foreign status has not been received, a withholding agent, transferee, or partnership (payor) generally applies presumption rules that may require the payor to withhold applicable tax from the recipient, owner, transferor, or partner (payee). See Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities.

The following persons must provide Form W-9 to the payor for purposes of establishing its non-foreign status.

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity;

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the grantor trust.

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust and not the beneficiaries of the trust.

See Publication 515 for more information on providing a Form W-9 or a certification of non-foreign status to avoid withholding.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person (under Regulations section 1.1441-1(b)(2)(iv) or other applicable section for chapter 3 or 4 purposes), do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Pub. 515). If you are a qualified foreign pension fund under Regulations section 1.897(I)-1(d), or a partnership that is wholly owned by qualified foreign pension funds, that is treated as a non-foreign person for purposes of section 1445 withholding, do not use Form W-9. Instead, use Form W-8EXP (or other certification of non-foreign status).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a saving clause. Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items.

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

***Example.*** Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if their stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first Protocol) and is relying on this exception to claim an exemption from tax on their scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

## Backup Withholding

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS 24% of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include, but are not limited to, interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third-party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the instructions for Part II for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only); or

5. You do not certify to the requester that you are not subject to backup withholding, as described in item 4 under "*By signing the filled-out form*" above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code*, later, and the separate Instructions for the Requester of Form W-9 for more information.

See also *Establishing U.S. status for purposes of chapter 3 and chapter 4 withholding*, earlier.

## What is FATCA reporting?

The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all U.S. account holders that are specified U.S. persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code*, later, and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you are no longer tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

SCOTT V BALTIMORE COUNTY SETTLEMENT ADMINISTRATOR
C/O RUST CONSULTING INC - 9131
PO BOX 2662
FARIBAULT MN 55021-9662

**IMPORTANT TAX RETURN DOCUMENT ENCLOSED**

FOR OFFICIAL USE ONLY

87

║█║▌║█║▌ *BARCODE39* ║█║▌║█║ - UW4 - <<SequenceNo>>

Page 1 of 1

<<Name1>>
<<Name2>>
<<Name3>>
<<Name4>>
<<Address1>>
<<Address2>>
<<Address3>>
<<City>> <<State>> <<Zip10>>
<<CountryName>>

| Form **W-4** | **Employee's Withholding Certificate** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.<br>**Give Form W-4 to your employer.**<br>**Your withholding is subject to review by the IRS.** | **2025** |

| (a) First name and middle initial | Last name | (b) Your social security number |
|---|---|---|
| Address<br><br>City or town, state, and ZIP code | | **Does your name match the name on your social security card?** If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to *www.ssa.gov*. |

(c) ☐ **Single** or **Married filing separately**
☐ **Married filing jointly** or **Qualifying surviving spouse**
☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

| 3 | Total number of allowances you are claiming (from the applicable worksheet) . . . . . . . . . . . . . . . . . . . . | **3** | |
|---|---|---|---|
| 4 | Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . . . . . . . . . | **4** | $ |

5    Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

**Employee's signature** (This form is not valid unless you sign it.)    **Date**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
|---|---|---|

Cat. No. 10220Q                                                                 Form **W-4** (2025)


