# EXHIBIT 3

## Summary Of Damages
### Undisputed Plaintiffs Only

|  | Damages | Double |
|---|---|---|
| Opt-In Plaintiffs | $180,206.90 | $360,413.80 |
| Class Plaintiffs | $190,332.54 | $380,665.08 |
| Total | $370,539.44 | $741,078.88 |

## Opt-In Plaintiffs, Settlement Claimant Summary

| | Cumulative Sums | |
|---|---|---|
| | **Total** | **Double** |
| | $180,206.90 | $360,413.80 |

| | **Damages** | **Double** |
|---|---|---|
| Armstrong, Jr., Rudolph | $2,799.34 | $5,598.68 |
| Bahr, Mathew | $338.11 | $676.22 |
| Barnard, Dakota | $12,183.45 | $24,366.90 |
| Berman, Mathew | $3,154.03 | $6,308.06 |
| Buckmaster, Brandon | $3,398.80 | $6,797.60 |
| Butler, Landon | $10,022.43 | $20,044.86 |
| Carson, Jr., Matthew | $1,510.73 | $3,021.46 |
| Cooper, Kevin | $2,221.65 | $4,443.30 |
| Crosby, Davaughn | $3,242.02 | $6,484.04 |
| Dulaj, Adam | $6,579.32 | $13,158.64 |
| Espinal, Jr., Osvaldo | $6,475.38 | $12,950.76 |
| Foster, Jr. Donnell | $6,599.45 | $13,198.90 |
| Gantt, Mark | $3,869.11 | $7,738.22 |
| Hackley, Christopher | $6,288.06 | $12,576.12 |
| Hadel, Jason | $1,921.72 | $3,843.44 |
| Kessler, Aaron | $667.99 | $1,335.98 |
| Lewis, III, Richard | $4,233.21 | $8,466.42 |
| Luckey, Jr., Kenneth | $476.41 | $952.82 |
| Malicki, Greg | $10,709.10 | $21,418.20 |
| Mariner, Mark | $5,184.15 | $10,368.30 |
| Martin, Lamar | $496.91 | $993.82 |
| McDaniels, Joe | $6,872.52 | $13,745.04 |
| Mills, Rashad | $685.17 | $1,370.34 |
| Morome, William | $5,287.79 | $10,575.58 |
| Nierwienski, Jr., Kenneth | $10,592.92 | $21,185.84 |
| Ogas, Jeremy | $470.65 | $941.30 |
| Osiruphuel, Yusuf | $4,120.36 | $8,240.72 |
| Peace, James | $2,972.27 | $5,944.54 |
| Pendergast, Jr., Edward | $3,974.27 | $7,948.54 |
| Penha, Deshawn | $3,519.18 | $7,038.36 |
| Regan, Jr., Clinton | $3,617.05 | $7,234.10 |
| Richardson, Jr., Maurice | $11,478.61 | $22,957.22 |
| Scott, Michael | $3,600.31 | $7,200.62 |
| Senior, Jr., Perry | $4,218.09 | $8,436.18 |

## Opt-In Plaintiffs, Settlement Claimant Summary

| | Cumulative Sums | |
|---|---|---|
| | **Total** | **Double** |
| | $180,206.90 | $360,413.80 |

| | Damages | Double |
|---|---|---|
| Silwonuk, Aaron | $7,290.47 | $14,580.94 |
| Snyder, Jr., Harold | $7,402.79 | $14,805.58 |
| Stancil, Jr., Raynard | $290.90 | $581.80 |
| Stone, Vincent | $2,097.85 | $4,195.70 |
| Velte, Chris | $913.02 | $1,826.04 |
| Waters, Damien | $5,574.49 | $11,148.98 |
| Welshons, Jeffrey | $2,020.45 | $4,040.90 |
| White, Saiquon | $836.37 | $1,672.74 |

# Class Plaintiffs, Settlement Claimant Summary

|  | Cumulative Sums | |
|---|---|---|
|  | **Total** | **Double** |
|  | $190,332.54 | $380,665.08 |

|  | **Damages** | **Double** |
|---|---|---|
| Adams, Keon | $3,381.01 | $6,762.02 |
| Babstock, Neal | $9,420.41 | $18,840.82 |
| Bannerman, Timothy | $1,014.31 | $2,028.62 |
| Bates, Andrew | $1,487.38 | $2,974.76 |
| Brown, Ryan | $6,577.36 | $13,154.72 |
| Burkhart, Timothy | $7,413.00 | $14,826.00 |
| Carter, Djon | $369.65 | $739.30 |
| Casey, Victor | $1,411.34 | $2,822.68 |
| Chetelat, Jay | $1,133.36 | $2,266.72 |
| Cooper, Vernon | $13,356.77 | $26,713.54 |
| Cover, Bryan | $1,859.56 | $3,719.12 |
| Cox, Jr., Alonzo | $1,202.88 | $2,405.76 |
| Crawford, Antonio | $5,170.49 | $10,340.98 |
| Dew, Alexander | $2,282.19 | $4,564.38 |
| Dickerson, Tyshon | $665.37 | $1,330.74 |
| Dixon, Antwon | $3,432.40 | $6,864.80 |
| Dorsey, Eric | $3,788.16 | $7,576.32 |
| Edwards, Collin | $3,381.02 | $6,762.04 |
| Estick, Andrew | $5,868.45 | $11,736.90 |
| Fick, Michael | $665.37 | $1,330.74 |
| Folk, David | $2,217.08 | $4,434.16 |
| Genco, David | $8,254.48 | $16,508.96 |
| Gnau, Darl | $1,650.39 | $3,300.78 |
| Green, Terrell | $2,557.55 | $5,115.10 |
| Hall, Devon | $1,783.10 | $3,566.20 |
| Harman, John | $1,481.40 | $2,962.80 |
| Hauptman-Diaz, Gerhart | $1,129.56 | $2,259.12 |
| Hodges, Naim | $6,932.35 | $13,864.70 |
| Hurley, Kevin | $1,719.27 | $3,438.54 |
| Jackson, Kirk | $517.51 | $1,035.02 |
| Jones, Teondre | $3,850.40 | $7,700.80 |
| King, Mason | $4,067.59 | $8,135.18 |
| Lambert, Jr., David | $4,531.52 | $9,063.04 |
| Lane, Gary | $7,636.58 | $15,273.16 |

# Class Plaintiffs, Settlement Claimant Summary

| | Cumulative Sums | |
|---|---|---|
| | **Total** | **Double** |
| | $190,332.54 | $380,665.08 |

| | **Damages** | **Double** |
|---|---|---|
| Maans, Paul | $611.44 | $1,222.88 |
| Moore, William | $2,679.77 | $5,359.54 |
| Polston, Courtney | $3,178.99 | $6,357.98 |
| Principio, Justin | $11,146.39 | $22,292.78 |
| Pryor, Michael | $9,633.57 | $19,267.14 |
| Purker, Kevin | $1,182.88 | $2,365.76 |
| Quinn, Brian | $2,064.90 | $4,129.80 |
| Redd, Marquis | $847.17 | $1,694.34 |
| Rhoney, Eric | $847.17 | $1,694.34 |
| Rich, Jr., Kevin | $1,128.95 | $2,257.90 |
| Sachs, Steven | $949.78 | $1,899.56 |
| Sage, David | $2,541.51 | $5,083.02 |
| Scelsi, Steven | $8,048.94 | $16,097.88 |
| Stanley, Troy | $845.26 | $1,690.52 |
| Steele, Jamell | $3,950.10 | $7,900.20 |
| Torres, Angelo | $1,431.40 | $2,862.80 |
| Tracey, Patrick | $5,688.33 | $11,376.66 |
| Wallace, Timothy | $5,547.80 | $11,095.60 |
| Williams, Phillip | $84.53 | $169.06 |
| Wilson, Darrell | $2,043.97 | $4,087.94 |
| Wood, Jr., Robert | $3,670.43 | $7,340.86 |

**Hodges, Naim**
Damage Calculations, State Minimum and Overtime Wage, Assuming 30 Minute Lunch & Including 20 Minutes Cleaning Following End of Shift
Prepared by Michael Kimel, Ph.D.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Damages** | **$6,932.35** | | | |
| | | | Worked | | | (Wtd) State | | Required | | | Compensation | | |
| Week Ending | Days | Total Hours | Regular | OT | Min Wage | Straight Time Earnings | Overtime Premium Earnings | Total Earnings | Regular | Bonus | Total | Damages | |
| 9/6/19 | 1 | 9.3 | 9.3 | | $10.10 | $93.93 | | $93.93 | $20.00 | | $20.00 | $73.93 | 9/6/19 |
| 9/13/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | $25.00 | $145.00 | $498.37 | 9/13/19 |
| 9/20/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | $25.00 | $145.00 | $498.37 | 9/20/19 |
| 9/27/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | $25.00 | $145.00 | $498.37 | 9/27/19 |
| 10/4/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | $25.00 | $145.00 | $498.37 | 10/4/19 |
| 10/11/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | $25.00 | $145.00 | $498.37 | 10/11/19 |
| 10/18/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | $25.00 | $145.00 | $498.37 | 10/18/19 |
| 10/25/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | | $120.00 | $523.37 | 10/25/19 |
| 11/1/19 | 4 | 37.2 | 37.2 | | $10.10 | $375.72 | | $375.72 | $80.00 | | $80.00 | $295.72 | 11/1/19 |
| 11/8/19 | | | | | | | | | | | | | 11/8/19 |
| 11/15/19 | | | | | | | | | | | | | 11/15/19 |
| 11/22/19 | | | | | | | | | | | | | 11/22/19 |
| 11/29/19 | 1 | 9.3 | 9.3 | | $10.10 | $93.93 | | $93.93 | $20.00 | | $20.00 | $73.93 | 11/29/19 |
| 12/6/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | | $120.00 | $523.37 | 12/6/19 |
| 12/13/19 | 2 | 18.6 | 18.6 | | $10.10 | $187.86 | | $187.86 | $40.00 | | $40.00 | $147.86 | 12/13/19 |
| 12/20/19 | | | | | | | | | | | | | 12/20/19 |
| 12/27/19 | | | | | | | | | | | | | 12/27/19 |
| 1/3/20 | | | | | | | | | | | | | 1/3/20 |
| 1/10/20 | | | | | | | | | | | | | 1/10/20 |
| 1/17/20 | | | | | | | | | | | | | 1/17/20 |
| 1/24/20 | | | | | | | | | | | | | 1/24/20 |
| 1/31/20 | | | | | | | | | | | | | 1/31/20 |
| 2/7/20 | | | | | | | | | | | | | 2/7/20 |
| 2/14/20 | | | | | | | | | | | | | 2/14/20 |
| 2/21/20 | | | | | | | | | | | | | 2/21/20 |
| 2/28/20 | | | | | | | | | | | | | 2/28/20 |
| 3/6/20 | | | | | | | | | | | | | 3/6/20 |
| 3/13/20 | 6 | 55.8 | 40 | 15.8 | $11.00 | $613.80 | $86.90 | $700.70 | $120.00 | $25.00 | $145.00 | $555.70 | 3/13/20 |
| 3/20/20 | 6 | 55.8 | 40 | 15.8 | $11.00 | $613.80 | $86.90 | $700.70 | $120.00 | $25.00 | $145.00 | $555.70 | 3/20/20 |
| 3/27/20 | 6 | 55.8 | 40 | 15.8 | $11.00 | $613.80 | $86.90 | $700.70 | $120.00 | | $120.00 | $580.70 | 3/27/20 |
| 4/3/20 | 5 | 46.5 | 40 | 6.5 | $11.00 | $511.50 | $35.75 | $547.25 | $100.00 | | $100.00 | $447.25 | 4/3/20 |
| 4/10/20 | 2 | 18.6 | 18.6 | | $11.00 | $204.60 | | $204.60 | $40.00 | | $40.00 | $164.60 | 4/10/20 |

**Folk, David**
Damage Calculations, State Minimum and Overtime Wage, Assuming 30 Minute Lunch & Including 20 Minutes Cleaning Following End of Shift
Prepared by Michael Kimel, Ph.D.

| | | | | | | | | Damages | $2,217.08 | | | | |

| Week Ending | Days | Worked Total Hours | Regular | OT | (Wtd) State Min Wage | Straight Time Earnings | Required Overtime Premium Earnings | Total Earnings | Compensation Regular | Bonus | Total | Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/13/18 | 1 | 11.3 | 11.3 | | $9.25 | $104.53 | | $104.53 | $20.00 | | $20.00 | $84.53 |
| 4/20/18 | | | | | | | | | | | | |
| 4/27/18 | | | | | | | | | | | | |
| 5/4/18 | | | | | | | | | | | | |
| 5/11/18 | | | | | | | | | | | | |
| 5/18/18 | | | | | | | | | | | | |
| 5/25/18 | | | | | | | | | | | | |
| 6/1/18 | | | | | | | | | | | | |
| 6/8/18 | 5 | 56.5 | 40 | 16.5 | $9.25 | $522.63 | $76.31 | $598.94 | $100.00 | | $100.00 | $498.94 |
| 6/15/18 | 6 | 67.8 | 40 | 27.8 | $9.25 | $627.15 | $128.58 | $755.73 | $120.00 | | $120.00 | $635.73 |
| 6/22/18 | 6 | 67.8 | 40 | 27.8 | $9.25 | $627.15 | $128.58 | $755.73 | $120.00 | | $120.00 | $635.73 |
| 6/29/18 | 4 | 45.2 | 40 | 5.2 | $9.25 | $418.10 | $24.05 | $442.15 | $80.00 | | $80.00 | $362.15 |

**Crawford, Antonio**
Damage Calculations, State Minimum and Overtime Wage, Assuming 30 Minute Lunch & Including 20 Minutes Cleaning Following End of Shift
Prepared by Michael Kimel, Ph.D.

| | | | | | | | | Damages | $5,170.49 | | | | |

| Week Ending | Days | Worked Total Hours | Regular | OT | (Wtd) State Min Wage | Straight Time Earnings | Required Overtime Premium Earnings | Total Earnings | Compensation Regular | Bonus | Total | Damages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/19 | 3 | 33.9 | 33.9 | | $10.10 | $342.39 | | $342.39 | $60.00 | | $60.00 | $282.39 |
| 3/8/19 | 5 | 56.5 | 40 | 16.5 | $10.10 | $570.65 | $83.33 | $653.98 | $100.00 | | $100.00 | $553.98 |
| 3/15/19 | 6 | 67.8 | 40 | 27.8 | $10.10 | $684.78 | $140.39 | $825.17 | $120.00 | $25.00 | $145.00 | $680.17 |
| 3/22/19 | 6 | 67.8 | 40 | 27.8 | $10.10 | $684.78 | $140.39 | $825.17 | $120.00 | $25.00 | $145.00 | $680.17 |
| 3/29/19 | 6 | 67.8 | 40 | 27.8 | $10.10 | $684.78 | $140.39 | $825.17 | $120.00 | $25.00 | $145.00 | $680.17 |
| 4/5/19 | 6 | 57.8 | 40 | 17.8 | $10.10 | $583.78 | $89.89 | $673.67 | $120.00 | $25.00 | $145.00 | $528.67 |
| 4/12/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $100.00 | | $100.00 | $543.37 |
| 4/19/19 | 5 | 46.5 | 40 | 6.5 | $10.10 | $469.65 | $32.83 | $502.48 | $100.00 | | $100.00 | $402.48 |
| 4/26/19 | 6 | 55.8 | 40 | 15.8 | $10.10 | $563.58 | $79.79 | $643.37 | $120.00 | | $120.00 | $523.37 |
| 5/3/19 | 4 | 37.2 | 37.2 | | $10.10 | $375.72 | | $375.72 | $80.00 | | $80.00 | $295.72 |

## Summary Of Damages

|  | Damages | Double |
|---|---|---|
| Opt-In Plaintiffs | $180,206.90 | $360,413.80 |
| Class Plaintiffs | $190,332.54 | $380,665.08 |
| Disputed Settlement Claimants | $10,414.96 | $20,829.92 |
| Total | $380,954.40 | $761,908.80 |

## Disputed Settlement Claimants Summary

|  | Cumulative Sums | |
|---|---|---|
|  | **Total** | **Double** |
|  | $10,414.96 | $20,829.92 |

|  | Damages | Double |
|---|---|---|
| Anthony, George | $2,635.64 | $5,271.28 |
| Lowery, Jason | $3,181.06 | $6,362.12 |
| Stoner, Jacob | $1,294.48 | $2,588.96 |
| Thompson, Christopher | $2,232.18 | $4,464.36 |
| Wells, Michael | $1,071.60 | $2,143.20 |